| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW B FINBERG ESQ
STE 200
525 RTE 73 S
MARLTON, NJ 08053
Attorney for Debtor(s)

In re:

Stoney R. Bishop, Jr.

Debtor(s)

Case No. 14-19952 / KCF

Judge: Honorable Kathryn C. Ferguson

Chapter 13

### APPLICATION FOR CONSENT ORDER
### TO RE-CAPITALIZE DEBTOR(S) PLAN PAYMENTS TO TRUSTEE

The debtor(s) hereby request(s) in this application for entry of a consent order to re-capitalize plan payments to the trustee for the reason's set forth below:

1. The debtor(s) filed a Chapter 13 Petition on 05/16/2014.

2. By Order Confirming Plan or Modified Plan dated 9/18/14, the debtor(s) plan payments were set or modified as follows:
   $1476.00 paid to date plus $602.00 for 56 months

3. As a result of adjustments to the debtor(s) account, the plan payments made to date will not satisfy the plan within the confirmed time period.

4. The parties hereby agree and consent to the following payment schedule for debtor(s) plan payments to the trustee:
   - $14,731.00 paid to date (26 month[s])
   - $602.00 for 1 month[s] beginning 8/1/16
   - $720.00 for 33 month[s] beginning 9/1/16

5. This re-capitalization of the debtor(s) plan payments ot the trustee does not adversely affect creditors.

WHEREFORE, the applicant requests entry of the enclosed Consent Order to Re-Capitalize Debtor(s) Plan Payments to the Trustee.

Dated: 9/19/16

ANDREW B FINBERG ESQ