UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW B FINBERG ESQ
STE 200
525 RTE 73 S
MARLTON, NJ 08053
Attorney for Debtor(s)

**Order Filed on September 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Stoney R. Bishop, Jr.

Debtor(s)

Case No. 14-19952 / KCF

Judge: Honorable Kathryn C. Ferguson

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 20, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $14,731.00 paid to date (26 month[s])
    - $602.00 for 1 month[s] beginning 8/1/16
    - $720.00 for 33 month[s] beginning 9/1/16

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
ANDREW B FINBERG ESQ
Attorney for Debtor(s)