UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW B FINBERG ESQ
STE 200
525 RTE 73 S
MARLTON, NJ 08053
Attorney for Debtor(s)

In re:

Stoney R. Bishop, Jr.

Debtor(s)

Order Filed on September 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 14-19952 / KCF

Judge: Honorable Kathryn C. Ferguson

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 20, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $14,731.00 paid to date (26 month[s])
    - $602.00 for 1 month[s] beginning 8/1/16
    - $720.00 for 33 month[s] beginning 9/1/16

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
ANDREW B FINBERG ESQ
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Stoney R. Bishop, Jr.  
    Debtor

Case No. 14-19952-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 20, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2016.  
db          +Stoney R. Bishop, Jr.,    2 Sandstone Court,    Medford, NJ 08055-8502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2016 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Alexandra T. Garcia    on behalf of Creditor    RiverSource Life Insurance Company  
            NJECFMAIL@mwc-law.com  
           Andrew B. Finberg    on behalf of Debtor Stoney R. Bishop, Jr. andy@sjbankruptcylaw.com,  
            ABFECF@gmail.com  
           Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,  
            alubin@milsteadlaw.com  
           Celine P. Derkrikorian    on behalf of Creditor    RiverSource Life Insurance Company  
            njecfmail@mwc-law.com  
           Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
                                                                                                      TOTAL: 7