| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| |
| In Re:<br><br>Stoney R. Bishop, Jr. |

**Order Filed on February 22, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:    14-19952-KCF

Chapter:    13

Judge:    Kathryn C. Ferguson

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: February 22, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Ditech Financial LLC_____, and regarding _____Notices of Mortgage Payment Change filed 10/13/16, 11/14/16, 12/15/16, 1/13/17_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*