UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**ANDREW B. FINBERG, ESQ.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
**Attorney for Debtor(s)**

Order Filed on November 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**STONEY R. BISHOP, JR.**

Case No.:

Adv. No.:

Hearing Date: November 8, 2017

Judge: KCF

## ORDER REINSTATING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Debtor: Stoney R. Bishop, Jr.**
**Case No: 14-19952**
**Caption of Order:** Order Reinstating the Automatic Stay

---

Upon consideration of the Debtors' Motion for an Order Reinstating the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to Mr. Cooper and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is reinstated, effective immediately.