| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| **ANDREW B. FINBERG, ESQ.** <br> **LAW OFFICES OF ANDREW B. FINBERG, LLC** <br> 525 Route 73 South, Ste. 200 <br> Marlton, NJ 08053 <br> (856)988-9055 <br> **Attorney for Debtor(s)** |

Order Filed on November 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: |
|---|---|
| | Adv. No.: |
| **STONEY R. BISHOP, JR.** | Hearing Date: November 8, 2017 |
| | Judge: KCF |

### ORDER REINSTATING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Debtor: Stoney R. Bishop, Jr.**
**Case No: 14-19952**
**Caption of Order:** Order Reinstating the Automatic Stay

---

Upon consideration of the Debtors' Motion for an Order Reinstating the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to Mr. Cooper and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is reinstated, effective immediately.

United States Bankruptcy Court
District of New Jersey

In re:  
Stoney R. Bishop, Jr.  
    Debtor

Case No. 14-19952-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.  
db         +Stoney R. Bishop, Jr.,   2 Sandstone Court,   Medford, NJ 08055-8502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

             Albert   Russo    docs@russotrustee.com  
             Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
             Alexandra T. Garcia    on behalf of Creditor    RiverSource Life Insurance Company NJECFMAIL@mwc-law.com  
             Andrew B. Finberg    on behalf of Debtor Stoney R. Bishop, Jr. andy@sjbankruptcylaw.com, abfecf@gmail.com;r39848@notify.bestcase.com  
             Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
             Celine P. Derkrikorian    on behalf of Creditor    RiverSource Life Insurance Company njecfmail@mwc-law.com  
             Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                                            TOTAL: 7