UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC

In Re:

Stoney R. Bishop, Jr.
    Debtor
Jeanine Bishop
    Co-Debtor

Case No.:    14-19952 KCF

Chapter:    13

Hearing Date:    2/14/18

Judge:    Kathyrn C. Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for relief from Stay, 2 Sandstone Court, Medford, NJ 08055, filed on January 9, 2018, docket #52

Date: 2/13/18

/s/ Denise Carlon
Signature

*rev.8/1/15*