Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  14−19952−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stoney R. Bishop Jr.
   2 Sandstone Court
   Medford, NJ 08055

Social Security No.:
   xxx−xx−4790

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/13/19 at 09:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:56 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of BSI Financial Services. Objection deadline is 02/27/2019. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Schwalb, Jonathan)

Dated: 2/28/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court