UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW B. FINBERG, ESQ.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 ROUTE 73 SOUTH, SUITE 200
MARLTON, NEW JERSEY 08053
(856) 988-9055
Attorney for the Debtor(s)

Order Filed on June 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

STONEY BISHOP

Debtor(s)

Case No.: 14-19952

Chapter: 13

Judge: KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew B. Finberg_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Stoney R. Bishop, Jr.  
    Debtor

Case No. 14-19952-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Jun 13, 2019  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.  
db　　　　　+Stoney R. Bishop, Jr.,　2 Sandstone Court,　Medford, NJ 08055-8502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:  
      Albert　Russo　　docs@russotrustee.com  
      Albert　Russo (NA)　　on behalf of Trustee Albert　Russo docs@russotrustee.com  
      Alexandra T. Garcia　　on behalf of Creditor　RiverSource Life Insurance Company  
       NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Andrew B. Finberg　　on behalf of Debtor Stoney R. Bishop, Jr. andy@sjbankruptcylaw.com,  
       abfecf@gmail.com;finbergar39848@notify.bestcase.com  
      Andrew M. Lubin　　on behalf of Creditor　Nationstar Mortgage LLC bkecf@milsteadlaw.com,  
       alubin@milsteadlaw.com  
      Celine P. Derkrikorian　　on behalf of Creditor　RiverSource Life Insurance Company  
       njecfmail@mwc-law.com  
      Denise E. Carlon　　on behalf of Creditor　Nationstar Mortgage LLC dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      Jonathan C. Schwalb　　on behalf of Creditor　BSI Financial Services  
       bankruptcy@friedmanvartolo.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8