Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  14–19952–MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stoney R. Bishop Jr.
    2 Sandstone Court
    Medford, NJ 08055

Social Security No.:
    xxx–xx–4790

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on N/A.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 13, 2019
JAN: kmf

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-19952-MBK
Stoney R. Bishop, Jr.                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Sep 13, 2019
                              Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
```
db             +Stoney R. Bishop, Jr.,    2 Sandstone Court,    Medford, NJ 08055-8502
aty            +Michelle Ghidotti-Gonsalves,    GHIDOTTI BERGER, LLP,    1920 Old Tustin Ave.,
                 Santa Ana, CA 92705-7811
cr             +BSI Financial Services,    FRIEDMAN VARTOLO, LLP,    1325 Franklin Avenue, Suite 230,
                 Garden City, NY 11530-1631
514790502      +Ameriprise Bank FSB,    301 West Bay Street,    Jacksonville, FL 32202-5184
514790503      +Best Buy/CBNA,   PO Box 5253,    Carol Stream, IL 60197-5253
514790504       Capital One Bank,    PO Box 32081,    Salt Lake City, UT 84130-0281
515030818      +EverBank,    Attn: Default Cash,    301 West Bay Street,    Jacksonville, Florida 32202-5180
514790508      +Jeanine Bishop,    2 Sandstone Court,    Medford, NJ 08055-8502
515040008     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                 PO Box 630267,    Irving, TX 75063)
514790510      +Paul Houser,    c/o Andrew Rossetti, Esq.,    20 Brace Road,    Suite 115,
                 Cherry Hill, NJ 08034-2634
515031793      +RiverSource Life Insurance Company,    EverBank,    301 West Bay Street,
                 Jacksonville, Florida 32202-5180
517655226      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Dr., ste 400,    Irving TX 75038-2480
517655227      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Dr., ste 400,    Irving TX 75038,    U.S. Bank Trust National Association,
                 c/o BSI Financial Services 75038-2480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:12      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2019 00:36:48      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
514790505      +EDI: CHASE.COM Sep 14 2019 04:08:00      Chase Bank USA, NA,    PO BOX 15298,
                 Wilmington, DE 19850-5298
514975025      +EDI: CITICORP.COM Sep 14 2019 04:08:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
514790506      +EDI: RMSC.COM Sep 14 2019 04:08:00      GECRB/JC Penney's,    PO Box 965005,
                 Orlando, FL 32896-5005
515030136       E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2019 00:36:48      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SO 57709-6154
515028182      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2019 00:36:48      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
514790507      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 14 2019 00:36:48      GreenTree,   PO Box 6172,
                 Rapid City, SD 57709-6172
515041104       EDI: PRA.COM Sep 14 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
516390582      +EDI: Q3G.COM Sep 14 2019 04:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
516390581       EDI: Q3G.COM Sep 14 2019 04:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514790509*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 13, 2019
                              Form ID: 148             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor     RiverSource Life Insurance Company
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Andrew B. Finberg    on behalf of Debtor Stoney R. Bishop, Jr. andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew M. Lubin    on behalf of Creditor     Nationstar Mortgage LLC bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Celine P. Derkrikorian    on behalf of Creditor     RiverSource Life Insurance Company
           njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor     Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan C. Schwalb    on behalf of Creditor     BSI Financial Services
           bankruptcy@friedmanvartolo.com
                                                                                             TOTAL: 9
```