| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on November 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | |
| IN RE: | CASE NO.: 14-19952 |
| Stoney R. Bishop, Jr. | CHAPTER: 13 |
| Debtors | HON. JUDGE.:<br>Michael B. Kaplan |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 13, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 2 Sandstone Court, Medford, NJ 08055

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 2 Sandstone Court, Medford, NJ 08055; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

~~**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $350.00; and it is further~~

**ORDERED**, that the Co-Debtor stay against "Jeanine Bishop" is lifted pursuant to 11 U.S.C. 1301(c); and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.