| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br><br>IN RE:<br><br>Stoney R. Bishop, Jr.<br><br>Debtors | **Order Filed on November 13, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br><br>CASE NO.: 14-19952<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Michael B. Kaplan |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 13, 2019**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Upon the motion of BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 2 Sandstone Court, Medford, NJ 08055

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 2 Sandstone Court, Medford, NJ 08055; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

~~**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $350.00; and it is further~~

**ORDERED**, that the Co-Debtor stay against "Jeanine Bishop" is lifted pursuant to 11 U.S.C. 1301(c); and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Stoney R. Bishop, Jr.  
    Debtor

Case No. 14-19952-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 13, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db          +Stoney R. Bishop, Jr.,   2 Sandstone Court,   Medford, NJ 08055-8502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo    docs@russotrustee.com  
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Alexandra T. Garcia    on behalf of Creditor    RiverSource Life Insurance Company  
        NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Andrew B. Finberg    on behalf of Debtor Stoney R. Bishop, Jr. andy@sjbankruptcylaw.com,  
        abfecf@gmail.com;finbergar39848@notify.bestcase.com  
       Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC bkecf@milsteadlaw.com,  
        alubin@milsteadlaw.com  
       Celine P. Derkrikorian    on behalf of Creditor    RiverSource Life Insurance Company  
        njecfmail@mwc-law.com  
       Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services  
        bankruptcy@friedmanvartolo.com  
                                             TOTAL: 9